**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 5, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00999-CV

---

## THE CHARTIS GROUP, LLC; EPIC SYSTEMS CORPORATION; THE CSI COMPANIES, INC.; AND HC TEC PARTNERS, LLC, Appellants

### V.

## NIKKI DARTEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MICHAEL WAYNE DARTEZ, DECEASED; AND MICHEAL GARRETT DARTEZ, Appellees

---

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2018-65631**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed November 25, 2019. On September 13, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R.

App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.